AUGUST y CONSTANT GOFFINET, demandantes y apelados, *v.* CIPRIANO MANRIQUE, y AGUAYO HERMANOS & Co., SUCRS. S. EN C., demandados y apelantes.

No. 3848.—*Visto:* Marzo 18, 1926. *Resuelto:* Julio 22, 1926.

APELACIÓN Y ERROR—REVISIÓN—DISCRECIÓN DE LA CORTE INFERIOR—HONORARIOS DE ABOGADO.—Bajo las circunstancias de este caso, se resolvió que la suma en que la corte inferior fijó la cuantía de los honorarios era excesiva.

RESOLUCIÓN de *Pablo Berga*, J. (Humacao), en incidente sobre memorándum de costas, aprobando dicho memorándum. *Modificada y confirmada.*

*González Fagundo & González, Jr.,* abogados de los apelantes; *Henry G. Molina,* abogado de los apelados.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

La única cuestión a resolver en este caso es la de si la suma de quinientos dólares en que la corte de distrito fijó finalmente la cuantía de los honorarios de abogado es o no excesiva.

Los demandantes establecieron demanda contra el aquí demandado y apelante Cipriano Manrique y contra Aguayo Hermanos sobre devolución de dinero y cumplimiento de contrato. Aguayo Hermanos se allanaron. Manrique contestó y fué el pleito a juicio. Este tardó un día en celebrarse. La prueba consistió en documentos y testigos. La suma envuelta es la de $788.49 y la cuestión a estudiar y a resolver no era difícil: se trataba de la interpretación de una escritura.

Bajo esas circunstancias, creemos que en realidad de verdad la suma de $500 fijada es excesiva, de acuerdo con la ley y la jurisprudencia de esta corte invocada por la parte apelante: *Bertrán* v. *Carrasquillo,* 29 D.P.R. 559; *Fragoso* v. *Marxuach,* 32 D.P.R. 690, y *Castro* v. *Societé Anonyme des Sucreries de Saint Jean,* 34 D.P.R. 575. El último caso es especialmente aplicable porque el abogado que allí reclamaba los honorarios es el mismo y se encontraba respecto de sus clientes en las mismas condiciones que aquí se encuentra.

La propia parte apelante sugiere como apropiada la suma de doscientos cincuenta dólares. Nos parece razonable. *Debe modificarse* en tal sentido la resolución apelada y así modificada *confirmarse.*